# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**JOHN JAY HUMPHREY**
        Plaintiff
  vs.                             **CASE NUMBER: 5:11-cv-938 (GTS/ATB)**

**COURT CLERK FOR THE U.S. SUPREME COURT**
        Defendant

**Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Report and Recommendations of Magistrate Judge Andrew T. Baxter is ACCEPTED and ADOPTED in its entirety. Plaintiff's complaint is sua sponte DISMISSED in its entirety with prejudice pursuant to 28 USC section 1915(e)(2)(B)(i)-(iii). The Court certifies, for the purposes of 28 USC section 1915(a)(3), that any appeal of the Decision & Order in this matter would not be taken in good faith. It is further ordered that plaintiff show cause, within 30 days, why this Court should not issue an order barring him from filing any future pro se actions in this court without first obtaining leave of the Court.

All of the above pursuant to the order of the Honorable Judge Glenn T. Suddaby, dated the 30th day of January, 2012.

DATED: January 30, 2012

*[Signature]*
Clerk of Court

s/

_____
Joanne Bleskoski
Deputy Clerk