UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

JOHN JAY HUMPHREY,
                        Plaintiff,

v.                                                    5:11-CV-0938
                                                    (GTS/ATB)

COURT CLERK FOR THE U.S. SUPREME COURT,
                        Defendant.
_____

APPEARANCES:

JOHN JAY HUMPHREY
  Plaintiff, *Pro Se*
1030 Danforth Street, Apt. 3
Syracuse, New York 13208

HON. GLENN T. SUDDABY, United States District Judge

## BAR ORDER

On January 30, 2012, in this *pro se* civil rights action filed by John Jay Humphrey ("Plaintiff"), the Court issued a Decision and Order that, *inter alia*, directed Plaintiff to show cause, within thirty (30) days, as to why the Court should not issue an Order barring Plaintiff from filing any future *pro se* actions in this Court without prior leave of the Court.  (Dkt. No. 7.)  On February 3, 2012, Plaintiff filed a response to that order.  (Dkt. No. 9.)  Even when construed with the utmost of special liberality, Plaintiff's response fails to show the cause required by the Court's order.  (*Compare* Dkt. No. 7 *with* Dkt. No. 9.)  As a result, for the reasons stated in the Court's Decision and Order of January 30, 2012, <u>Plaintiff is hereby barred from filing any future *pro se* actions in this Court without prior leave of the Court, pursuant to 28 U.S.C. § 1651(a) and the Court's inherent authority to manage its docket so as to prevent abuse in its proceedings</u>.  (Dkt. No. 9.)

      **IT IS SO ORDERED.**

Dated: February 10, 2012
       Syracuse, New York

*[signature: Glenn T. Suddaby]*
Hon. Glenn T. Suddaby
U.S. District Judge